**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                **CRIMINAL NO. 1:14CR97**
                                                    **(Judge Keeley)**

**BOBBY WAYNE BLACKWELL,**

    **Defendant.**

### ORDER FOLLOWING FINAL PRE-TRIAL CONFERENCE

On April 13, 2015, the Court held a final pre-trial conference. For the reasons stated on the record at that hearing, the Court **ADOPTS** the report and recommendation of Magistrate Judge John Kaull (Dkt. No. 26), and **DENIES** the defendant's pro se motion for dismissal (Dkt. No. 8), pro se motion for dismissal of the indictment (Dkt. No. 10), styled as habeas corpus motion (Dkt. No. 12), motion to drop detainer and to dismiss the charges in Morgantown, WV (Dkt. No. 13), motion to dismiss (Dkt. No. 15), and pro se motion to dismiss (Dkt. No. 28).

It is so **ORDERED.**

The Court directs the Clerk to transmit copies of this order to counsel of record.

DATED: April 13, 2015.

                                                    /s/ Irene M. Keeley
                                                    IRENE M. KEELEY
                                                    UNITED STATES DISTRICT JUDGE